[No. 14421-2-II.  Division Two.  October 31, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMAL MALCOLM SLAUGHTER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 90-8-00463-1, Ronald Wilkinson, J. Pro Tem., entered October 23, 1990. *Dismissed* by unpublished opinion per Swanson, J. Pro Tem., concurred in by Petrich, A.C.J., and Morgan, J.

[No. 13443-8-II.  Division Two.  October 31, 1991.]

THE STATE OF WASHINGTON, *Appellant*, v. NICHOLAS JOHN KOSTELLO, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 87-1-00316-0, John H. Kirkwood, J. Pro Tem., entered November 9, 1989. *Reversed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Morgan, J.

[No. 12920-5-II.  Division Two.  October 31, 1991.]

*In the Matter of the Welfare of* A.R., ET AL.

RONALD RENFRO, ET AL, *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 140280, Karen G. Seinfeld, J., entered April 7, 1989. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Morgan, J.